AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Utah

POWERBLOCK HOLDINGS, INC.

*Plaintiff(s)*

v.

IFIT, INC.

*Defendant(s)*

Server John Arnold
Date 10-17-22 Time 9:47A
P/S Doors DA
ANDERSON INVESTIGATIONS, INC  #P101391
P.O. BOX 535, SLC, UT 84110   877-619-1110

Civil Action No. 1:22-cv-00132-JNP

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* iFIT, Inc.
c/o Everett Smith
1500 S. 1000 W.
Logan, UT 84321

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: KIRTON McCONKIE
Cameron M. Hancock - chancock@kmclaw.com
James T. Burton - jburton@kmclaw.com
Michael A. Eixenberger - meixenberger@kmclaw.com
50 E. South Temple, P.O. Box 45120
Salt Lake City, Utah 84145-0120
Telephone: (801) 328-3600

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Gary P. Serdar
*CLERK OF COURT*

Date: 10/07/2022

Kimberly Sheffield
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:22-cv-00132-JNP

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

## RETURN OF SERVICE

### UNITED STATES DISTRICT COURT
### District of Utah

Case Number: 1:22-CV-00132-JNP

Plaintiff:
**POWERBLOCK HOLDINGS, INC.**

vs.

Defendant:
**IFIT, INC**

Received by Anderson Investigations, Inc. to be served on **Ifit, Inc., c/o Everett Smith, 1500 S. 1000 W., LOGAN, UT 84321**.

I, John Arnold, do hereby affirm that on the **17th day of October, 2022** at **9:47 am**, I:

served a **BUSINESS ENTITY** by delivering a true copy of the **SUMMONS; COMPLAINT FOR PATENT INFRINGEMENT JURY TRIAL DEMANDED; EXHIBITS;** with the date and hour of service endorsed thereon by me, to: **Davis Da as Authorized Party** for **Ifit, Inc.**, at the address of: **1500 S. 1000 W., LOGAN, UT 84321**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 35, Sex: M, Race/Skin Color: White, Height: 5'8", Weight: 160, Hair: Red, Glasses: N

I certify that I am over the age of 21 and have no interest in the above action.
UCA 78B-18a-101: I Declare under criminal penalty under the law of Utah that the foregoing is true and correct.

_____
John Arnold
Process Server

**Anderson Investigations, Inc.**
**P.O. BOX 535**
**Salt Lake City, UT 84110**
**(801) 619-1110**

Our Job Serial Number: AND-2022003082