Cameron M. Hancock (#5389)
chancock@kmclaw.com
James T. Burton (#11875)
jburton@kmclaw.com
Michael A. Eixenberger (#16446)
meixenberger@kmclaw.com
**KIRTON McCONKIE**
50 E. South Temple
P.O. Box 45120
Salt Lake City, Utah 84145-0120
Telephone: (801) 328-3600

Thomas J. Leach*
E-mail: tleach@merchantgould.com
Michael A. Erbele*
E-mail: merbele@merchantgould.com
Taylor R. Stemler*
E-mail: tstemler@merchantgould.com
**MERCHANT & GOULD P.C.**
150 South Fifth Street, Suite 2200
Minneapolis, MN 55402
Telephone: (612) 332-5300

*Attorneys for Plaintiff PowerBlock Holdings, Inc.*

* To be admitted pro hac vice

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| POWERBLOCK HOLDINGS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>IFIT, INC.,<br><br>Defendant. | **STIPULATED MOTION TO EXTEND (a) DEADLINES SET FORTH IN ORDER TO PROPOSE SCHEDULE AND (b) TIME FOR DEFENDANT TO RESPOND TO COMPLAINT**<br><br>Case No. 1:22-cv-00132-JNP-CMR<br><br>District Judge Jill N. Parrish<br><br>JURY DEMANDED |

1

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A) and DUCivR 7-1(a)(2)(A) and (G), Plaintiff PowerBlock Holdings, Inc. ("Plaintiff"), and Defendant iFIT, Inc. ("Defendant" and collectively with Plaintiff the "Parties"), through their respective counsel of record, hereby stipulate and move the Court for an order extending (a) the deadlines set forth in the Court's October 12, 2022 Order to Propose Schedule [Dkt. No. 10] and (b) the deadline for Defendant to answer or otherwise respond to the Plaintiff's complaint [Dkt. No. 2].

Specifically, the Parties stipulate and move the Court to extend the deadlines set forth in the Court's Order to Propose Schedule by forty-five (45) days, making Plaintiff's proposed discovery schedule in the form of a draft Attorney Planning Meeting Report due to Defendant on Monday, December 12, 2022, and making the Parties' jointly signed Attorney Planning Meeting Report and Proposed Scheduling Order due to be filed by Monday, December 19, 2022. In addition, the Parties further stipulate and move the Court to extend the deadline for the Defendant to answer or otherwise respond to Plaintiff's complaint by forty-five (45) days, making Defendant's response due to be filed on Thursday, December 22, 2022.

Good cause exists for the requested extensions on the basis that the Parties intend to use the additional time to discuss the potential resolution of the case. A proposed order granting the extensions has been lodged with the Court concurrently herewith.

Date: October 21, 2022            Respectfully submitted,

/s/ James T. Burton
**KIRTON McCONKIE**
Cameron M. Hancock (#5389)
James T. Burton (#11875)
Michael A. Eixenberger (#16446)

**MERCHANT & GOULD P.C.**
Thomas J. Leach*
Michael A. Erbele*
Taylor R. Stemler*

*Attorneys for Plaintiff PowerBlock Holdings, Inc.*
*\* To be admitted pro hac vice*

/Mark Ford/
**MASCHOFF BRENNAN**
Mark W. Ford
*Attorney for Defendant*
*\*Signed with permission granted via email on 10/21/22*

4

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 21st day of October, 2022, I caused a copy of the foregoing to be filed using the Court's CM/ECF electronic filing system, which provides service to all counsel of record.