IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| POWERBLOCK HOLDINGS,<br><br>Plaintiff,<br><br>v.<br><br>IFIT,<br><br>Defendant. | **ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME**<br><br>Case No. 1:22-cv-00132-JNP-CMR<br><br>District Judge Jill N. Parrish<br>Magistrate Judge Cecilia M. Romero |

Before the court is the parties' joint Motion for Extension of Time (Motion) (ECF 16) to extend the deadlines in the Order to Propose Schedule (ECF 10) and to extend the time for Defendant to respond to Plaintiff's Complaint (Motion) (ECF 2). Having considered the Motion, and for good cause appearing, the court hereby GRANTS the Motion.

IT IS HEREBY ORDERED THAT:

1. Plaintiff shall have until Monday, December 12, 2022 to propose a schedule in the form of a draft Attorney Planning Meeting Report to Defendant.

2. The Parties shall have until Monday, December 19, 2022 to file their jointly signed Attorney Planning Meeting Report and Proposed Scheduling Order.

3. Defendant shall have until Thursday, December 22, 2022 to answer, move or otherwise respond to Plaintiff's complaint.

DATED this 24 October 2022.

_Cecilia M. Romero_
Magistrate Judge Cecilia M. Romero
United States District Court for the District of Utah