# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| POWERBLOCK HOLDINGS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>IFIT, INC.,<br><br>Defendant. | **ORDER GRANTING STIPULATED MOTION TO EXTEND DEADLINES SET FORTH IN THE ORDER TO PROPOSE SCHEDULE**<br><br>Case No. 1:22-cv-00132-JNP-CMR<br><br>District Judge Jill N. Parrish<br><br>Magistrate Judge Cecilia M. Romero |

Before the court is the parties' Stipulated Motion to Extend (Motion) (ECF 10) Deadlines Set Forth in the Court's Order to Propose Schedule Having considered the Motion, and for good cause appearing, the court hereby GRANTS the Motion and ORDERS the following:

1. Plaintiff shall propose a schedule to Defendant in the form of a draft Attorney Planning Meeting Report within twenty-eight (28) days after the filing of Defendant's first answer to Plaintiff's complaint;

2. The Parties shall meet and confer to discuss the draft Attorney Planning Meeting Report within thirty-five (35) days after the filing of Defendant's first answer to Plaintiff's complaint; and

3. The Parties shall submit a jointly signed Attorney Planning Meeting Report within forty-two (42) days after the filing of Defendant's first answer to Plaintiff's complaint.

DATED this 20 December 2022.

*Cecilia M. Romero*
Magistrate Judge Cecilia M. Romero
United States District Court for the District of Utah