Mark W. Ford (UT Bar No. 10659)
MASCHOFF BRENNAN GILMORE & ISRAELSEN
1389 Center Drive, Suite 300
Park City, Utah 84098
Telephone: (435) 252-1360
Facsimile: (435) 252-1361
*mford@mabr.com*

Attorney for Defendant iFIT, Inc.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF UTAH**

| POWERBLOCK HOLDINGS, INC., Plaintiff, vs. IFIT, INC., Defendant. | **NOTICE OF ACKNOWLEDGMENT REGARDING STANDING ORDER IN CIVIL CASE** Case No. 1:22-cv-00132-JNP-CMR |
|---|---|

Defendant iFit, Inc., by and through counsel, hereby provides notice that it has carefully read and agrees to comply with the Court's Civil Standing Order (Dkt. No. 8).

| December 27, 2022 | MASCHOFF BRENNAN GILMORE & ISRAELSEN, PLLC |
|---|---|
| | /s/ *Mark W. Ford* |
| | *Attorney for Defendant iFIT, Inc.* |